William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Adel Nadji (CA State Bar #232599)
anadji@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568-2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY BAIRD, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN CHIANG, in his official capacity as State Controller of the State of California, and WILLIAM LOCKYER, in his official capacity as Treasurer of the State of California, <br><br> Defendants | Case No.: 4:09-cv-03482-CW <br><br> **ORDER** |

The deadline to file opposition papers to Defendants' Motion to Dismiss is extended to October 29, 2009 and the hearing date is moved to November 19, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

October __5___, 2009

_____
Hon. Claudia Wilken
United States District Judge

1
**[PROPOSED] ORDER**