William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Adel Nadji (CA State Bar #232599)
anadji@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568-2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BAIRD, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN CHIANG, in his official capacity as State Controller of the State of California, and WILLIAM LOCKYER, in his official capacity as Treasurer of the State of California,<br><br>　　　　　Defendants | Case No.: 4:09-cv-03482-CW<br><br>**ORDER** |

　　　The case management and scheduling conference currently set for November 17, 2009 is vacated and rescheduled for December 22, 2009.  Further, the parties' obligations under F.R.C.P. 26(f) and L.R. 16-9 are similarly relieved.  The parties' will file a discovery plan fourteen (14) days prior to the case management conference and a joint case management statement seven (7) days prior to the case management conference.

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

October \_\_15\_\_, 2009

　　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　　Hon. Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　United States District Judge