EDMUND G. BROWN JR.
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General
TAMAR PACHTER
Deputy Attorney General
State Bar No. 146083
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5970
 Fax:  (415) 703-1234
 E-mail:  Tamar.Pachter@doj.ca.gov
*Attorneys for Defendants*
*State Controller John Chiang and*
*State Treasurer Bill Lockyer*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **NANCY BAIRD, on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN CHIANG, in his official capacity as State Controller of the State of California, and WILLIAM LOCKYER, in his official capacity as Treasurer of the State of California,**<br><br>Defendants. | 4:09-cv-03482-CW<br><br>**STIPULATION AND ORDER WITHDRAWING MOTION TO DISMISS, GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT, AND RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge       Claudia Wilken<br>Trial Date    None<br>Action Filed:  July 29, 2009 |

WHEREAS Plaintiff has responded to Defendants' Motion to Dismiss by filing a First Amended Complaint, pursuant to Local Rules 6-1 and 6-2 and based on the facts in the accompanying Declaration of Tamar Pachter, the parties stipulate as follows:

1.   Defendants State Controller John Chiang and State Treasurer Bill Lockyer withdraw their motion to dismiss the Complaint, currently scheduled for hearing on November 19, 2009, without prejudice.

2. Defendants shall have until December 10, 2009 to respond to the First Amended Complaint, filed October 29, 2009.

3. The case management and scheduling conference currently scheduled for December 22, 2009 and related deadlines for filing a discovery plan and joint case management statement under Fed.R.Civ.P. 26(f) and Local Rule 16-9 are vacated and rescheduled for April 13, 2010, at 2:00 p.m. The parties shall file a discovery plan fourteen (14) days prior to the case management and scheduling conference, and shall file a joint case management statement seven (7) days prior to the case management and scheduling conference.

Dated: November 2, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
CONSTANCE L. LELOUIS
Supervising Deputy Attorney General


*/s/*
TAMAR PACHTER
Deputy Attorney General
*Attorneys for Defendants*

Dated: November 2, 2009


*/s/*_____
WILLIAM M. AUDET
Attorney at Law
*Attorney for Plaintiff*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 4, 2009

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

SA2009101967
Document in ProLaw

2