William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Adel Nadji (CA State Bar #232599)
anadji@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568-2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BAIRD, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOHN CHIANG, State Controller of the State of California, and WILLIAM LOCKYER, Treasurer of the State of California,<br><br>        Defendants | Case No.: 4:09-cv-03482-CW<br><br>**STIPULATION TO CONTINUE HEARING** |

    WHEREAS, the Court, on its own motion, shall take Defendants' motion to dismiss under submission on the papers; and

    WHEREAS, the parties require more time to prepare opposition and reply papers;

    The parties agree Plaintiffs opposition will be due January 7, 2010 and Defendants' reply will be due January 14, 2010.

    SO STIPULATED.

Dated:  December 14, 2009

                                              William M. Audet
                                              Audet & Partners, LLP
                                              Attorney for Plaintiff

1   Dated: December 14, 2009

2                                                       Tamar Pachter
3                                                       Deputy Attorney General
                                                      Government Law Section
4                                                         California Department of Justice
                                                      *Attorney for Defendants*

6

7        The deadline to file opposition papers to Defendants' Motion to Dismiss is extended to January 7, 2010 and Defendants' reply is due on January 14, 2010.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

December ____21____, 2009

                                                      Hon. Claudia Wilken
                                                    United States District Judge