William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Adel Nadji (CA State Bar #232599)
anadji@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568-2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BAIRD, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHN CHIANG, State Controller of the State of California, and WILLIAM LOCKYER, Treasurer of the State of California,<br><br>            Defendants | Case No.: 4:09-cv-03482-CW<br><br>**STIPULATION TO CONTINUE HEARING** |

WHEREAS, the Court, on its own motion, shall take Defendants' motion to dismiss under submission on the papers; and

WHEREAS, the parties require more time to prepare opposition and reply papers;

The parties agree Plaintiffs opposition will be due January 22, 2010 and Defendants' reply will be due January 30, 2010.

SO STIPULATED.

Dated:  December 18, 2009             /s/ William M. Audet
                                      William M. Audet
                                      Audet & Partners, LLP
                                      Attorney for Plaintiff

Dated:  December 18, 2009             /s/ Tamar Pachter

                                      Tamar Pachter
                                      Deputy Attorney General
                                      Government Law Section
                                      California Department of Justice
                                      *Attorney for Defendants*

**ORDER**

The deadline to file opposition papers to Defendants' Motion to Dismiss is extended to January 22, 2010 and Defendants' reply is due on January 30, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __12/29_____, 2009

_____
Hon. Claudia Wilken
United States District Judge